UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| KRISTA D. CHRISTIANSEN, | Civil No. 3:19-CV-05240-MAT |
| Plaintiff, | |
| vs. | REMAND ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This case is before the Court on remand from the Court of Appeals for the Ninth Circuit. That Court granted the Commissioner's unopposed motion to vacate and remand. Dkt. 21. Pursuant to that order, this case is REMANDED to the Commissioner for further administrative proceedings consistent with the Supreme Court's decision in *Carr v. Saul*, __ U.S. __, 141 S. Ct. 1352, __ L. Ed. 2d __ (2021).

DATED this 17th day of June, 2021.

MARY ALICE THEILER
United States Magistrate Judge

Page 1     REMAND ORDER - [3:19-CV-05240-MAT]

Presented by:

s/ Jeffrey R. McClain
JEFFREY R. MCCLAIN
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (866) 964-6291 ext 28257
Fax:  (206) 615-2531
jeffrey.mcclain@ssa.gov